UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-CV-80831-Rosenberg/Reinhart

HAROULA LARMER,

    Plaintiff,

v.

GLOBAL MEDIATION GROUP, LLC,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon its Order granting Plaintiff's Motion for Final Default Judgment. Final Judgment is hereby entered in favor of Plaintiff HAROULA LARMER and against Defendant GLOBAL MEDIATION GROUP, LLC.

Plaintiff shall recover the total sum of $1,000.00 in statutory damages from Defendant, plus post judgment interest in accordance with applicable law.

The Court reserves jurisdiction for purposes of awarding the Plaintiff her attorneys' fees and costs as the prevailing party and for the entry of further orders allowing Plaintiff to collect her judgment.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 9th day of September, 2019.

                                                ROBIN L. ROSENBERG
                                                UNITED STATES DISTRICT JUDGE

Copies To:

Counsel of Record and

GLOBAL MEDIATION GROUP, LLC
Registered Agent NRAI SERVICES, INC
1200 PINE ISLAND ROAD
PLANTATION, FL 33324